UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-MJ-433-SCR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JALEN CHRISTOPHER DAVIDSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion to Dismiss Without Prejudice," filed December 22, 2023. (Doc. No. 3). The United States seeks to dismiss without prejudice the charges against Defendant Jalen Christopher Davidson in the Criminal Complaint and Arrest Warrant in the above-captioned case. Having carefully considered the Motion, applicable law, and the record, the Court will **GRANT** the Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion To Dismiss Without Prejudice (Doc. No. 3) be **GRANTED**, and that the charges against Defendant Jalen Christopher Davidson in the above-captioned Criminal Complaint and Arrest Warrant be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: December 27, 2023

Susan C. Rodriguez
United States Magistrate Judge